IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEX MUNOZ, GABRIEL MUNOZ, AND JUAN G. MUNOZ INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED EMPLOYEES, <br><br> Plaintiffs, <br><br> v. <br><br> SULLIVAN'S OF ILLINOIS, INC. DBA SULLIVAN'S STEAKHOUSE, <br><br> Defendant. | Case No. 1:17-cv-1089 <br> Magistrate: Hon. Jeffrey T. Gilbert |

## ORDER APPROVING SETTLEMENT

Upon the parties' Joint Motion for Approval of Settlement, the Court, having reviewed the materials submitted by the parties and finding the settlement of this matter to be fair and reasonable, hereby approves this settlement and dismisses this matter with prejudice as to named Plaintiffs Alex Munoz, Gabriel Munoz, and Juan G. Munoz as well as Opt-In Plaintiff Cirilo Salinas, including all claims and rights they may have had as purported class representatives and without prejudice as to the putative class and collective action members described in the First Amended Complaint, all parties to bear their own costs and fees except as may be otherwise provided in the parties' settlement agreement.

Date: 12/5/17

ENTERED:

Jeffrey T. Gilbert
United States District Magistrate Judge

31571742.1